WILLIAM A. SOKOL, Bar No. 072740
ANDREA LAIACONA, Bar No. 208742
BRUCE A. HARLAND, Bar No. 230477
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff
SAL ROSSELLI, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAL ROSSELLI, et al., | ) No.   C 06-02683 TEH |
|   Plaintiff, | ) **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| v. | ) |
| JACK EASTERDAY, et al., | ) |
|   Defendants. | ) |

NOTICE IS HEREBY GIVEN that, Plaintiff SAL ROSSELLI, in his capacity as Trustee of the HEALTHCARE EMPLOYEES/EMPLOYER DENTAL & MEDICAL TRUST, Plaintiff Trust Fund, voluntarily dismisses Defendants in the above-captioned action *without prejudice*.

Dated: June 20, 2006

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By:  /s/ WILLIAM A. SOKOL
    WILLIAM A. SOKOL
    ANDREA LAIACONA
    BRUCE A. HARLAND
    Attorneys for Plaintiff

*IT IS SO ORDERED*
[signature] Judge Thelton E. Henderson
6/23/06

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Notice of Dismissal Without Prejudice, Case No. C 06-02683 TEH